UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Rakecia Matrese Brame            Docket No. 5:18-CR-224-1D

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rakecia Matrese Brame, who, upon an earlier plea of guilty to Wire Fraud; Aggravated Identity Theft; Aiding in the Preparation of False Tax Return, was sentenced by the Honorable Thomas D. Schroeder, United States District Judge, on October 1, 2014, to the custody of the Bureau of Prisons for a term of 39 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Rakecia Matrese Brame was released from custody on October 26, 2017, at which time the term of supervised release commenced. On June 5, 2018, the jurisdiction of this case was transferred from the Middle District of North Carolina to the Eastern District of North Carolina and the case was assigned to the Honorable James C. Dever III, Chief U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was originally ordered to pay $200.00 per month commencing 60 days upon her release from custody. Since the defendant's release, the defendant has consistently been able to pay $100.00 per month towards her financial obligations. Based on our assessment of her financial situation, it is recommended that the defendant's payments be modified to allow her to remain current on her financial obligation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. 1. The defendant shall make payments in equal, monthly installments of at least $100.00 per month during the term of supervised release or until paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Amir A. Hunter
Amir A. Hunter
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919.861.8663
Executed On: July 13, 2018

Rakecia Matrese Brame
Docket No. 5:18-CR-224-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __20__ day of __July__, 2018, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
Chief U.S. District Judge